**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Christine Duey*  *Suite 400*  *DIRECT: 410-209-4855*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Christine.Duey2@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-3091*

September 14, 2020

Honorable Richard D. Bennett
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      **Re:    Joint Status Report - United States v. Christopher Fox, RDB-20-048**

Dear Judge Bennett:

      I write to provide a joint status report in United States v. Christopher Fox, RDB-20-048. The defendant was indicted in this matter on February 5, 2020, and he had an initial appearance on February 13, 2020. Discovery has been provided, and time has been excluded from the speedy trial clock until November 16, 2020 (the current trial date).

      The parties continue to engage in meaningful discussion regarding a potential resolution in this matter. Defense counsel, Paul Hazlehurst, Esq., has advised that his ability to communicate with his client during the COVID-19 pandemic has been slowed and Mr. Hazlehurst reports difficulties in meeting with his client and reviewing discovery. In light of these challenges and the potential penalties involved in this matter, the parties would like to ask that the trial date currently scheduled for November 16, 2020 be continued to a date in the future and that another joint status report be set for October 13, 2020.

      As such, the government proposes the submission of a joint status report in 30 days (due on October 13, 2020), regarding the status of this matter.

      Paul Hazlehurst, Esq., counsel for the defendant, has reviewed this report and has no objection.

      Please feel free to contact me if you have any questions or concerns.

      Very truly yours,

      *Christine Duey*
      Christine Duey
      Assistant United States Attorney